IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ANDRE OWENS, | § | |
| | § | No. 80, 2018 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 1603002511 (K) |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: March 22, 2018
Decided: April 10, 2018

Before **STRINE**, Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

## **ORDER**

This 10th day of April 2018, upon consideration of the notice to show cause and the appellant's response to the notice to show cause, it appears to the Court that:

(1)     On February 16, 2018, the appellant, Andre Owens, filed a notice of appeal from a February 5, 2018 Superior Court order sentencing him for a violation of probation. On February 19, 2018, the Senior Court Clerk advised Owens to pay the Supreme Court filing fee or file a motion to proceed *in forma pauperis* no later than March 6, 2018. Owens was warned that a notice to show cause would issue if the filing fee was not paid or a motion to proceed *in forma pauperis* was not filed by March 6, 2018.

(2)     Owens did not pay the filing fee or file a motion to proceed *in forma pauperis* by March 6, 2018.  On March 7, 2018, the Chief Deputy Clerk issued a notice directing Owens to show cause why the appeal should not be dismissed for his failure to pay the filing fee or file a motion to proceed *in forma pauperis*.

(3)     In his response to the notice to show cause, Owens describes the delays in his filing of a motion to proceed *in forma pauperis* and states that he still would like to proceed with filing a motion to proceed *in forma pauperis*.  Owens did not include a motion to proceed *in forma pauperis* with his notice to show cause and still has not filed one.  In light of Owens' failure to pay the filing fee or file a motion to proceed *in forma pauperis*, this appeal must be dismissed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rule 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice

2